USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW A. AQUILA,

Plaintiff,

-against-

TGM ASSOCIATES L.P.,

Defendant.

26 Civ. 7413 (AT)

**ORDER**

ANALISA TORRES District Judge:

Plaintiff, Andrew A. Aquila, brings this *pro se* action alleging violations of the Fair Housing Act and Virginia Fair Housing Law, as well as race discrimination under 42 U.S.C. § 1981. *See* Compl., ECF No. 1. On September 2, 2026, the Court *sua sponte* ordered that this action be transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a). *See* ECF No. 7.

Plaintiff requests an opportunity to provide limited briefing with respect to venue and that the Court stay transfer of the case pending further order. *See* ECF Nos. 8–10. Given minimal prejudice to Defendant, Court GRANTS Plaintiff's request for a brief stay. By **September 15, 2026**, Plaintiff may file a submission addressing venue not to exceed 1,250 words.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8 and STAY transfer of this case pending further order of this Court.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ANALISA TORRES
United States District Judge