USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW A. AQUILA,

Plaintiff,

-against-

TGM ASSOCIATES L.P.,

Defendant.

26 Civ. 7413 (AT)

**ORDER**

ANALISA TORRES District Judge:

Plaintiff, Andrew A. Aquila, brings this *pro se* action[1] alleging federal civil rights and state law claims. *See* Compl., ECF No. 1. On September 2, 2026, the Court *sua sponte* ordered that this action be transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a). *See* ECF No. 7. On September 8, 2026, the Court granted Aquila an opportunity to provide limited briefing with respect to venue and stayed transfer of the case pending further order of this Court. *See* ECF No. 13.

The Court has reviewed Aquila's supplemental submission, *see* ECF No. 15, and continues to find that transfer is warranted "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a); *see also Keitt v. N.Y. City*, 882 F. Supp. 2d 412, 459–60 (S.D.N.Y. 2011) (describing factors for the Court's consideration); ECF No. 7. The Court further notes substantial factual overlap between this action and one Aquila litigated in the Eastern District of Virginia. *See Aquila v. TGM Moorefield LLC*, 1:25-cv-00589 (E.D. Va. July 14, 2025), *appeal pending*, No. 25-1833 (4th Cir.).

The Court, accordingly, respectfully directs the Clerk of Court to TRANSFER this action to the United States District Court for the Eastern District of Virginia.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] Plaintiff has paid fees and is not proceeding *in forma pauperis*.